UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JOHN A. GENOVESE,

    Plaintiff,

v.

STEPHEN B. ASHLEY, DANIEL H. MUDD,
STEPHEN M. SWAD and ROBERT J. LEVIN,

    Defendants.

No. 08 CV 7831 (GEL)

## STIPULATION AND [PROPOSED] ORDER

Subject to the approval of the Court, the parties, by their undersigned attorneys, stipulate and agree as follows:

1. The undersigned attorneys accept service of the summons and complaint in this action on their respective client's behalf as of the date of this stipulation.

2. The time for all defendants to move, answer or otherwise respond to the complaint in this action is extended until 45 days after a consolidated amended complaint has been filed in this action or in any action into which this action is consolidated.

3. If counsel for plaintiff John Genovese is selected lead counsel in this action (or in any action into which this action is consolidated) pursuant to section 21D of the Securities and Exchange Act of 1934, defendants agree that the lead plaintiff shall file a consolidated amended complaint no later than 45 days after entry of the Court's order appointing lead plaintiff and lead counsel.

4. Each defendant expressly reserves all defenses other than insufficient process or insufficient service of process.

Dated: New York, New York
October 15, 2008

                                      COUGHLIN, STOIA, GELLER,
                                      RUDMAN & ROBBINS LLP

                                      By: _____
                                             Samuel H. Rudman
                                             Mario Alba

                                      58 South Service Road
                                      Melville, New York 11747
                                      (631) 367-7100

                                      Attorneys for Plaintiff

| DLA PIPER LLP (US) | STEPTOE & JOHNSON LLP |
|---|---|
| By: _____<br>John J. Clarke, Jr. | By: _____<br>Michael C. Miller |
| 1251 Avenue of the Americas<br>New York, New York 10020<br>(212) 335-4500 | 750 Seventh Avenue, Suite 1900<br>New York, New York 10019<br>(212) 506-3900 |
| Attorneys for Stephen B. Ashley | Mark J. Hulkower<br>Erik Kitchen<br>Michael J. Baratz<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>tel: (202) 429-3000<br>fax: (202) 429-3902 |
| | Attorneys for Robert J. Levin |

Dated: New York, New York
October 15, 2008

                      COUGHLIN, STOIA, GELLER,
                      RUDMAN & ROBBINS LLP


By: _____
     Samuel H. Rudman
     Mario Alba

58 South Service Road
Melville, New York 11747
(631) 367-7100

Attorneys for Plaintiff


DLA PIPER LLP (US)                 STEPTOE & JOHNSON LLP

By: _____    By: /s/ Michael C. Miller
   John J. Clarke, Jr.                     Michael C. Miller

1251 Avenue of the Americas         750 Seventh Avenue, Suite 1900
New York, New York 10020           New York, New York 10019
(212) 335-4500                            (212) 506-3900

Attorneys for Stephen B. Ashley       Mark J. Hulkower
                                            Erik Kitchen
                                            Michael J. Baratz
                                            STEPTOE & JOHNSON LLP
                                            1330 Connecticut Avenue, N.W.
                                            Washington, D.C. 20036
                                            tel: (202) 429-3000
                                            fax: (202) 429-3902

                                            Attorneys for Robert J. Levin

| DEBEVOISE & PLIMPTON LLP | PAUL HASTINGS JANOFSKY & WALKER LLP |
|---|---|
| By: *[signature]* <br> Erin W. Sheehy (ES0676) | By: _____ <br> David Fleischer |
| Jonathan R. Tuttle <br> 555 13th Street, NW <br> Washington, DC 20004 <br> (202) 383-8000 | Park Avenue Tower <br> 75 E. 55th Street <br> First Floor <br> New York, NY 10022 <br> (212) 318-6000 |
| Attorneys for Stephen M. Swad | James D. Wareham <br> James E. Anklam <br> PAUL HASTINGS JANOFSKY <br> & WALKER LLP <br> 875 15th Street, NW <br> Washington, DC 20005 <br> (202) 551-1700 |
| | Attorneys for Daniel H. Mudd |

SO ORDERED:

_____
U.S.D.J.

3

DEBEVOISE & PLIMPTON LLP

By: _____
    Erin W. Sheehy (ES0676)

Jonathan R. Tuttle
555 13th Street, NW
Washington, DC 20004
(202) 383-8000

Attorneys for Stephen M. Swad

PAUL HASTINGS JANOFSKY
& WALKER LLP

By: _____
    David Fleischer

Park Avenue Tower
75 E. 55th Street
First Floor
New York, NY 10022
(212) 318-6000

James D. Wareham
James E. Anklam
PAUL HASTINGS JANOFSKY
 & WALKER LLP
875 15th Street, NW
Washington, DC 20005
(202) 551-1700

Attorneys for Daniel H. Mudd

SO ORDERED:

_____
    U.S.D.J.

10/20/08

3