UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN A. GENOVESE, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | Electronically Filed |
| v. | No. 1:08-cv-07831(GEL) |
| STEPHEN B. ASHLEY, DANIEL H. MUDD, STEPHEN M. SWAD, and ROBERT J. LEVIN, | ECF CASE |
| Defendants. | |
| NICHOLAS CRISAFI and STELLA CRISAFI, TRUSTEES FBO THE CRISAFI INTER VIVOS TRUST, Individually, and On Behalf of All Others Similarly Situated, | |
| Plaintiffs, | Electronically Filed |
| v. | No. 1:08-cv-08008(GEL) |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, CITIGROUP GLOBAL MARKETS INC., MORGAN STANLEY & CO. INCORPORATED, UBS SECURITIES LLC, WACHOVIA CAPITAL MARKETS LLC, STEPHEN B. ASHLEY, DANIEL H. MUDD, STEPHEN M. SWAD, and ROBERT J. LEVIN, | ECF CASE |
| Defendants. | |

[captions continued on following pages]

**DECLARATION OF ROBERT N. CAPPUCCI**

| | |
|---|---|
| FOGEL CAPITAL MANAGEMENT, INC., On Behalf of Itself And All Others Similarly Situated,<br><br>                    Plaintiff,<br>   v.<br><br>FEDERAL NATIONAL HOME MORTGAGE ASSOCIATION, STEPHEN ASHLEY, DENNIS BERESFORD, LOUIS FREEH, BRENDA GAINES, FRDERICK B. HARVEY, III, DAVID HISEY, KAREN HORN, ROBERT LEVIN, BRIDGET MACASKILL, DANIEL MUDD, PETER NICULESCU, LESLIE RAHL, JOHN SITES, JR., GREG SMITH, STEPHEN SWAD, H. PATRICK SWYGERT and JOHN WULFF,<br><br>                    Defendants. | Electronically Filed<br><br>No. 1:08-cv-08096(GEL)<br><br>ECF CASE |
| KAREN ORKIN, ANTHONY ESPOSITO, FRANK MCALONAN, WILLIAM R. WHITE and STEVE LATIMER, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br>   v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, CITIGROUP GLOBAL MARKETS INC., MORGAN STANLEY & CO. INCORPORATED, UBS SECURITIES LLC, WACHOVIA CAPITAL MARKETS LLC, BANK OF AMERICA SECURITIES LLC, BARCLAYS CAPITAL INC., FTN FINANCIAL SECURITIES CORP., GOLDMAN, SACHS & CO. and WELLS FARGO SECURITIES LLC,<br><br>                    Defendants. | Electronically Filed<br><br>No. 1:08-cv-08488(GEL)<br><br>ECF CASE |

[captions continued on following page]

| | |
|---|---|
| BRIAN JARMAIN, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiffs, | Electronically Filed |
| v. | No. 1:08-cv-08491(GEL) |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, CITIGROUP GLOBAL MARKETS INC., MORGAN STANLEY & CO. INCORPORATED, UBS SECURITIES LLC, WACHOVIA CAPITAL MARKETS LLC, STEPHEN B. ASHLEY, DANIEL H. MUDD, STEPHEN M. SWAD, and ROBERT J. LEVIN, | ECF CASE |
| Defendants. | |
| CHERYL STRONG and WILLIAM BERMAN, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiffs, | Electronically Filed |
| v. | No. 1:08-cv-08551(GEL) |
| WACHOVIA CAPITAL MARKETS LLC, and WACHOVIA SECURITIES, LLC, | ECF CASE |
| Defendants. | |

**DECLARATION OF ROBERT N. CAPPUCCI**

I, the undersigned, Robert N. Cappucci, do hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am an attorney licensed to practice law in the United States Supreme Court and the State and Federal courts serving the States of New York and New Jersey. I am a partner of the law firm of Entwistle & Cappucci LLP ("Entwistle & Cappucci"), counsel for the Series T Preferred Investor Group. Entwistle & Cappucci's principal office is located at 280 Park Avenue, 26th Floor, New York, New York 10017.

2. I submit this Declaration in support of the Series T Preferred Investor Group's Notice of Motion and Motion for Consolidation of Similar Cases; To Be Appointed Lead Plaintiff; and To Approve Proposed Lead Plaintiff's Choice of Counsel.

3. Attached hereto as Exhibit A are true and correct copies of the Certifications of Martin Mahler, Danny Austin and Eleanor L. Maro, on behalf of the Series T Preferred Investor Group.

4. Attached hereto as Exhibit B is the Class Action Notice concerning the class action filed on behalf of investors in Federal National Mortgage Association a/k/a Fannie Mae 8.25% Non-Cumulative Preferred Stock, Series T, published on September 17, 2008.

5. Attached hereto as Exhibit C are true and correct copies of the Declarations of Martin Mahler, Danny Austin and Eleanor L. Maro in support of the Series T Preferred Investor Group..

6. Attached hereto as Exhibit D are true and correct copies of the Firm Resumes of Entwistle & Cappucci and Brower Piven, A Professional Corporation.

EXECUTED on the 7th day of November, 2008.

                                                    /s/ Robert N. Cappucci
                                                    Robert N. Cappucci