UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re FANNIE MAE 2008 SECURITIES LITIGATION | 1:08-cv-07831-GEL<br>MDL No. 2013<br><br>**ORAL ARGUMENT REQUESTED** |

NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the annexed Declaration of Jeff G. Hammel dated July 13, 2009, and the accompanying Memorandum of Law, dated July 13, 2009, the undersigned hereby move this Court on behalf of Defendants Federal National Mortgage Association, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., Morgan Stanley & Co. Incorporated, UBS Securities LLC, Wachovia Capital Markets LLC, Wachovia Securities, LLC, Goldman, Sachs & Co., Banc of America Securities LLC, Barclays Capital Inc., Deutsche Bank Securities Inc., Wells Fargo Securities LLC, J.P. Morgan Securities Inc., E*Trade Securities LLC, Bear, Stearns & Co., Inc. (n/k/a J.P. Morgan Securities Inc.), Daniel H. Mudd, Stephen M. Swad and David C. Hisey, before the Honorable Gerard E. Lynch, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 6B, New York, New York, 10007, for an Order dismissing with prejudice the claims brought under the Securities Act of 1933 in the Joint Consolidated Amended Class Action Complaint in the above-captioned matter pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that the Defendants respectfully request oral argument on this motion.

Dated: New York, New York
July 13, 2009

LATHAM & WATKINS LLP

By:   /s/ James E. Brandt
     James E. Brandt
     Jeff G. Hammel

885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Attorneys for Defendant*
*Federal National Mortgage Association*

O'MELVENY & MYERS LLP

By: _____ /s/
    Jeffrey Kilduff
    Michael Walsh

1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants*
*Federal National Mortgage Association and*
*David C. Hisey*

SIMPSON THACHER & BARTLETT LLP

By: _____
Michael J. Chepiga
Paul C. Curnin
George S. Wang

425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Fascimile: (212) 455-2502

*Attorneys for Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., Morgan Stanley & Co. Incorporated, UBS Securities LLC, Wachovia Capital Markets LLC, Wachovia Securities, LLC, Goldman, Sachs & Co., Banc of America Securities LLC, Barclays Capital Inc., Deutsche Bank Securities Inc., Wells Fargo Securities LLC, J.P. Morgan Securities Inc., E\*Trade Securities LLC, and Bear, Stearns & Co., Inc. (n/k/a J.P. Morgan Securities Inc.)*

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____/s/ David Fleischer/eso_____
    David Fleischer

Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 E. 55th Street
First Floor
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

James D. Wareham
James E. Anklam
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

*Attorneys for Defendant Daniel H. Mudd*

5

DEBEVOISE & PLIMPTON LLP

By: _____
Jonathan R. Tuttle
Scott N. Auby
Jennifer C. Argabright

Debevoise & Plimpton LLP
555 13th Street, N.W.
Suite 1100 East
Washington, DC 20004
Telephone: (202) 383-8000
Facsimile: (202) 383-8118

*Attorneys for Defendant Stephen M. Swad*