```
                                          ┌─────────────────────────────┐
                                          │ USDC SDNY                   │
                                          │ DOCUMENT                    │
                                          │ ELECTRONICALLY FILED        │
UNITED STATES DISTRICT COURT              │ DOC #: _____         │
SOUTHERN DISTRICT OF NEW YORK             │ DATE FILED: 8/17/09         │
                                          └─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                        :
In re FANNIE MAE 2008 SECURITIES        :        08 Civ. 7831 (GEL)
LITIGATION                              :
                                        :
                                        :
------------------------------------------------------------x        **ORDER**
                                        :
ROBERT M. ROLLINS,                      :
                                        :
                    Plaintiff,          :
                                        :
     -against-                          :        08 Civ. 7938 (GEL)
                                        :
LEHMAN BROTHERS, INC., et al.,          :
                                        :
                    Defendants.         :
                                        :
------------------------------------------------------------x
                                        :
NICHOLAS CRISAFI, et al.,               :
                                        :
                    Plaintiffs,         :
                                        :
     -against-                          :        08 Civ. 8008 (GEL)
                                        :
MERRILL LYNCH, PIERCE, FENNER &         :
SMITH INCORPORATED, et al.,             :
                                        :
                    Defendants.         :
                                        :
------------------------------------------------------------x
                                        :
FOGEL CAPITAL MANAGEMENT, INC.,         :
                                        :
                    Plaintiff,          :
                                        :
     -against-                          :        08 Civ. 8096 (GEL)
                                        :
FEDERAL NATIONAL HOME MORTGAGE          :
ASSOCIATION, et al.,                    :
                                        :
                    Defendants.         :
                                        :
------------------------------------------------------------x

```
-------------------------------------------------------------x
                                        :
DENNIS SANDMAN,                         :
                                        :
                        Plaintiff,      :
                                        :
        -against-                       :              08 Civ. 8353 (GEL)
                                        :
J.P. MORGAN SECURITIES, INC., et al.,   :
                                        :
                        Defendants.     :
                                        :
-------------------------------------------------------------x
                                        :
KAREN ORKIN, et al.,                    :
                                        :
                        Plaintiffs,     :
                                        :
        -against-                       :              08 Civ. 8488 (GEL)
                                        :
MERRILL LYNCH, PIERCE, FENNER &         :
SMITH INCORPORATED, et al.,             :
                                        :
                        Defendants.     :
                                        :
-------------------------------------------------------------x
                                        :
BRIAN JARMAIN,                          :
                                        :
                        Plaintiff,      :
                                        :
        -against-                       :              08 Civ. 8491 (GEL)
                                        :
MERRILL LYNCH, PIERCE, FENNER &         :
SMITH INCORPORATED, et al.,             :
                                        :
                        Defendants.     :
                                        :
-------------------------------------------------------------x
```

```
-----------------------------------------------------------------x
                                                   :
MALKA KRAUSZ,                                      :
                                                   :
                          Plaintiff,               :
                                                   :
        -against-                                  :        08 Civ. 8519 (GEL)
                                                   :
FEDERAL NATIONAL MORTGAGE                           :
ASSOCIATION, et al.,                               :
                                                   :
                          Defendants.              :
                                                   :
-----------------------------------------------------------------x
                                                   :
DONALD W. MCCAULEY,                                :
                                                   :
                          Plaintiff,               :
                                                   :
        -against-                                  :        08 Civ. 8520 (GEL)
                                                   :
MERRILL LYNCH, PIERCE, FENNER &                     :
SMITH INCORPORATED, et al.,                        :
                                                   :
                          Defendants.              :
                                                   :
-----------------------------------------------------------------x
                                                   :
DAVID L. FRANKFURT, et al.,                        :
                                                   :
                          Plaintiffs,              :
                                                   :
        -against-                                  :        08 Civ. 8547 (GEL)
                                                   :
LEHMAN BROTHERS, INC., et al.,                     :
                                                   :
                          Defendants.              :
                                                   :
-----------------------------------------------------------------x
```

3

```
-----------------------------------------------------------------x
                                                      :
CHERYL STRONG, et al.,                                :
                                                      :
                          Plaintiffs,                 :
                                                      :
          -against-                                   :          08 Civ. 8551 (GEL)
                                                      :
WACHOVIA CAPITAL MARKETS, LLC, et al.,                :
                                                      :
                          Defendants.                 :
                                                      :
-----------------------------------------------------------------x
-----------------------------------------------------------------x
                                                      :
STEPHEN H. SCHWEITZER, et al.,                        :
                                                      :
                          Plaintiffs,                 :
                                                      :
          -against-                                   :          08 Civ. 8609 (GEL)
                                                      :
MERRILL LYNCH, PIERCE, FENNER &                       :
SMITH INCORPORATED, et al.,                           :
                                                      :
                          Defendants.                 :
                                                      :
-----------------------------------------------------------------x
                                                      :
LYNN WILLIAMS, et al.,                                :
                                                      :
                          Plaintiffs,                 :
                                                      :
          -against-                                   :          08 Civ. 8676 (GEL)
                                                      :
STEPHEN B. ASHLEY, et al.,                            :
                                                      :
                          Defendants.                 :
                                                      :
-----------------------------------------------------------------x
```

4

```
----------------------------------------------------------------x
                                              :
SUSAN KRAUS,                                  :
                                              :
                          Plaintiff,          :
                                              :
          -against-                           :          08 Civ. 9649 (GEL)
                                              :
CITIGROUP GLOBAL MARKETS, INC.,               :
                                              :
                          Defendant.          :
                                              :
----------------------------------------------------------------x
                                              :
PHILLIP MELTON,                               :
                                              :
                          Plaintiff,          :
                                              :
          -against-                           :          08 Civ. 9650 (GEL)
                                              :
E*TRADE SECURITIES, LLC,                      :
                                              :
                          Defendant.          :
                                              :
----------------------------------------------------------------x
                                              :
HILDA GORDON,                                 :
                                              :
                          Plaintiff,          :
                                              :
          -against-                           :          09 Civ. 1351 (GEL)
                                              :
STEPHEN B. ASHLEY, et al.,                    :
                                              :
                          Defendants.         :
                                              :
----------------------------------------------------------------x
```

5

```
-----------------------------------------------------------------x
                                                       :
DANIEL KRAMER,                                         :
                                                       :
                        Plaintiff,                     :
                                                       :
        -against-                                      :          09 Civ. 1352 (GEL)
                                                       :
FEDERAL NATIONAL MORTGAGE                              :
ASSOCIATION, et al.,                                   :
                                                       :
                        Defendants.                    :
                                                       :
-----------------------------------------------------------------x
                                                       :
COMPREHENSIVE INVESTMENT SERVICES,                    :
INC.,                                                  :
                                                       :
                        Plaintiff,                     :
                                                       :
        -against-                                      :          09 Civ. 6102 (GEL)
                                                       :
MERRILL LYNCH, PIERCE, FENNER & SMITH, :
INC.,                                                  :
                                                       :
                        Defendants.                    :
                                                       :
-----------------------------------------------------------------x
```

GERARD E. LYNCH, District Judge:

On April 16, 2009, this Court issued an Order consolidating various securities actions involving Fannie Mae. That Order provided for the dismissal of all underlying individual actions ten business days after the filing of a consolidated amended complaint in In re Fannie Mae 2009 Securities Litigation, 08 Civ. 7831, unless the plaintiffs in such actions showed cause why the relevant complaint should not be dismissed. On June 22, 2009, such a consolidated amended complaint was filed. Accordingly, any plaintiff wishing to maintain his or her individual action was to show cause on or before July 6, 2009, why the complaint in that action should not be dismissed. On July 2, 2009, plaintiff Malka Krausz filed a Motion for Relief from Withdrawal and Dismissal Pursuant to the Order of April 16, 2009. In addition, by letter dated July 2, 2009, plaintiff Daniel Kramer requested that his original complaint not be dismissed until resolution of a pending Motion to Remand. No other plaintiff, however, has contested dismissal of the remaining individual securities actions. For the foregoing reasons, it is hereby ORDERED:

6

1.   The complaints in the following actions shall be dismissed, and the cases closed:

    (a)    <u>Rollins v. Lehman Bros., Inc.</u> (08 Civ. 7938 )

    (b)    <u>Crisafi v. Merrill, Lynch, Pierce, Fenner & Smith, Inc.</u> (08 Civ. 8008)

    (c)    <u>Fogel Capital Mgmt. v. Federal Nat'l Home Mortage Ass'n</u> (08 Civ. 8096)

    (d)    <u>Sandman v. J.P. Morgan</u> (08 Civ. 8353)

    (e)    <u>Orkin v. Merrill Lynch</u> (08 Civ. 8488)

    (f)    <u>Jarmain v. Merrill Lynch</u> (08 Civ. 8491)

    (g)    <u>McCauley v. Merrill Lynch</u> (08 Civ. 8520)

    (h)    <u>Frankfurt v. Lehman Bros.</u> (08 Civ. 8547)

    (i)    <u>Strong v. Wachovia Capital Markets LLC</u> (08 Civ. 8551)

    (j)    <u>Schweitzer v. Merrill Lynch</u> (08 Civ. 8609)

    (k)    <u>Williams v. Ashley</u> (08 Civ. 8676)

    (l)    <u>Kraus v. Citigroup Global Markets</u> (08 Civ. 9649)

    (m)    <u>Melton v. E*Trade Securities LLC</u> (08 Civ. 9650)

    (n)    <u>Gordon v. Ashley</u> (09 Civ. 1351)

    (o)    <u>Jesteadt v. Ashley</u> (09 Civ. 1367)

2.   Plaintiff in <u>Comprehensive Investment Services, Inc. v. Mudd</u> (09 Civ. 6102) shall show cause in writing on or before August 26, 2009, why the complaint in that individual action should not be dismissed pursuant to the Court's Order of April 16, 2009.

3.   <u>Krausz v. Federal National Mortgage Ass'n</u> (08 Civ. 8519) shall remain open on the docket as a separate action, albeit consolidated with the principal action. As this order disposes of Krausz's Motion for Relief from Withdrawal and Dismissal Pursuant to the Order of April 16, 2009, the Clerk is respectfully directed to mark that motion as closed.

4.    Kramer v. Federal National Mortgage Ass'n (09 Civ. 1352) shall remain open on
the docket as a separate action, albeit consolidated with the principal action,
pending the Court's decision on Kramer's Motion to Remand.


SO ORDERED.

Dated: New York, New York
       August 17, 2009

GERARD E. LYNCH
United States District Judge