UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Document Electronically Filed

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 13 OCT 2009
```

| | |
|---|---|
| In re FANNIE MAE 2008 SECURITIES LITIGATION | Case No. 1:08-cv-07831-PAC<br><br>Hon. Paul A. Crotty<br><br>Case No. 09-cv-1352<br><br>MDL No. 1:09-md-2013 |

### ORDER WITH RESPECT TO INTERVENTION
### BY THE FEDERAL HOUSING FINANCE AGENCY

This matter having been opened to the Court by letter dated September 3, 2009 requesting a pre-motion conference with respect to a motion by the Federal Housing Finance Agency ("FHFA"), Conservator for Fannie Mae, to intervene in the above-captioned matter;

And the Court having conducted a scheduling conference on October 2, 2009 wherein the FHFA's request was addressed and the parties hereto having no objection to FHFA's request to intervene;

**IT IS HEREBY ORDERED THAT:**

Pursuant to Rule 24(a) of the Federal Rules of Civil Procedure, FHFA, Conservator for Fannie Mae, may intervene as a defendant.

New York, NY
October 13, 2009

_____
**HONORABLE PAUL A. CROTTY**
**United States District Judge**

Dated: