UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re FANNIE MAE 2008 SECURITIES : 09 MD 2013 (PAC)
LITIGATION    08 Civ. 7831 (PAC)
                                                             :
------------------------------------------------------------x

COMPREHENSIVE INVESTMENT          :
SERVICES, INC.,
                                                              :
   Plaintiff,
                                                              :
 -against-
                                                              :
DANIEL H. MUDD, ROBERT J. LEVIN,   09 Civ. 6102 (PAC)
STEPHEN M. SWAD, STEPHEN B. ASHLEY, :
MERRILL LYNCH, PIERCE, FENNER &
SMITH, INC., CITIGROUP GLOBAL    :
MARKETS, INC., MORGAN STANLEY &  ORDER
CO. INC., UBS SECURITIES, LLC, and
WACHOVIA CAPITAL MARKETS, LLC,    :

                                                              :
   Defendants.
------------------------------------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 24 NOV 2009

HONORABLE PAUL A. CROTTY, United States District Judge:

On October 6, 2009, the Court dismissed the CIS complaint. On October 21, 2009, CIS moved for reconsideration and other relief. Upon consideration of the motion papers, and after hearing argument on November 16, 2009, the Court GRANTS the motion for reconsideration of the October 6, 2009 order. Accordingly, the CIS complaint is reinstated on the Court's docket. In all other respects, CIS's motion of October 21, 2009 is DENIED. The Clerk of the Court is directed to close out this motion (Docket #183).

Dated: New York, New York
   November 24, 2009

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge