UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FANNIE MAE 2008 SECURITIES LITIGATION | : Master File No. 08 Civ. 7831 (PAC)<br>: ECF Case<br>:<br>: |

NOTICE OF LEAD PLAINTIFFS'
UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF
SETTLEMENT, APPROVAL OF NOTICE TO THE SETTLEMENT CLASSES,
AND CERTIFICATION OF THE SETTLEMENT CLASSES
FOR SETTLEMENT PURPOSES ONLY

PLEASE TAKE NOTICE that Common Stock Lead Plaintiffs the Massachusetts Pension Reserves Investment Management Board ("PRIM") and State Boston Retirement Board ("SBRB") and Preferred Stock Lead Plaintiff Tennessee Consolidated Retirement System ("TCRS") (collectively, "Lead Plaintiffs"[1]), through counsel, hereby move this Court before the Honorable Paul A. Crotty, for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure:  (1) preliminarily approving the proposed settlement with Defendant Federal National Mortgage Association ("Fannie Mae" or the "Settling Defendant") and the Federal Housing Finance Agency ("FHFA") (together with Lead Plaintiffs, the "Settling Parties"); (2) approving the proposed forms of the notice of pendency of class action and proposed settlement and the summary notice of pendency of class action and proposed settlement; (3) approving the proposed methods of disseminating notice; (4) certifying the Settlement Classes for settlement purposes only; (5) appointing PRIM and SBRB as Class Representatives for the Common Stock Class and Berman DeValerio and Labaton Sucharow as Class Counsel for the Common Stock Class; (6) appointing TCRS as Class Representative for the Preferred Stock Class and Kaplan Fox as Class Counsel for the Preferred Stock Class; (7) setting a date for the Settlement Hearing; and (8) such other and further relief as the Court deems just and proper.  The Motion is unopposed.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Plaintiffs submit herewith (1) the Memorandum of Law in Support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, Approval of Notice to the Settlement Classes, and Certification of the Settlement Classes for Settlement Purposes Only; (2) the Joint Declaration of

---

[1] Capitalized terms not defined are defined in the Stipulation and Agreement of Settlement, dated as of October 24, 2014, attached as Exhibit 1 to the Joint Declaration of Glen DeValerio, Thomas A. Dubbs, and Frederic S. Fox in Support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, Approval of Notice to the Settlement Classes, and Certification of the Settlement Classes for Settlement Purposes Only, filed concurrently herewith.

Glen DeValerio, Thomas A. Dubbs, and Frederic S. Fox in Support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, Approval of Notice to the Settlement Classes, and Certification of the Settlement Classes for Settlement Purposes Only, with annexed exhibits; and (3) the proposed Preliminary Approval Order, which attaches the forms of notice and Proof of Claim.

Dated: October 24, 2014

Respectfully submitted,

| | | |
|---|---|---|
| /s/ Glen DeValerio | /s/ Thomas A. Dubbs | /s/ Frederic S. Fox |
| Glen DeValerio | Thomas A. Dubbs | Frederic S. Fox |
| **BERMAN DEVALERIO** | **LABATON SUCHAROW LLP** | **KAPLAN FOX & KILSHEIMER LLP** |
| One Liberty Square | 140 Broadway | 850 Third Avenue, 14th Fl. |
| Boston, MA 02109 | New York, NY 10005 | New York, NY 10022 |
| Telephone: (617) 542-8300 | Telephone: (212) 907-0700 | Telephone: (212) 687-1980 |
| Facsimile: (617) 542-1194 | Facsimile: (212) 883-7044 | Facsimile: (212) 687-7714 |
| *Counsel for Massachusetts Pension Reserves Investment Management Board and Lead Counsel for the Common Stock Class* | *Counsel for State-Boston Retirement Board and Lead Counsel for the Common Stock Class* | *Counsel for Tennessee Consolidated Retirement System and Lead Counsel for the Preferred Stock Class* |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2014, I caused the foregoing document to be served electronically on all ECF participants and mailed via first class mail to the following non- ECF participants.

Mark J. Hulkower
Steptoe & Johnson, L.L.P.
1300 Connecticut Avenue, N.W.
Washington, DC 20036

Jeffrey W. Kilduff
O'Melveny & Myers LLP (DC)
1625 Eye Street, NW
Washington, DC 20006

                                              s/ *Thomas A. Dubbs*
                                              Thomas A. Dubbs