**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE FANNIE MAE 2008 SECURITIES LITIGATION | : Master File No. 08 Civ. 7831 (PAC)<br>: ECF Case<br>:<br>: |

**NOTICE OF LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF**
**<u>CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION</u>**

PLEASE TAKE NOTICE that Common Stock Lead Plaintiffs the Massachusetts Pension Reserves Investment Management Board ("PRIM") and State Boston Retirement Board ("SBRB"), and Preferred Stock Lead Plaintiff Tennessee Consolidated Retirement System ("TCRS") (collectively, "Lead Plaintiffs"), through counsel, will move this Court on March 3, 2015, before the Honorable Paul A. Crotty, for orders pursuant to Rule 23 of the Federal Rules of Civil Procedure: (1) granting final approval of the proposed Settlement; (2) granting final certification of the Settlement Classes for settlement purposes only; and (3) approving the proposed Plan of Allocation.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Plaintiffs submit and are filing herewith: (1) the Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, dated January 16, 2015 and (2) the Joint Declaration of Glen DeValerio, Thomas A. Dubbs, and Frederic S. Fox in Support of (A) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and (B) Lead Counsel's Motion for Attorneys' Fees and Payment of Expenses, dated January 16, 2015, with annexed exhibits.

Proposed orders will be submitted with Lead Plaintiffs' reply submission on or before February 17, 2015.

Dated: January 16, 2015

Respectfully submitted,

/s/ Glen P. DeValerio
Glen DeValerio
**BERMAN DEVALERIO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

*Counsel for Massachusetts Pension Reserves Investment Management Board and Lead Counsel for the Common Stock Class*

/s/ Thomas A. Dubbs
Thomas A. Dubbs
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 883-7044

*Counsel for State-Boston Retirement Board and Lead Counsel for the Common Stock Class*

/s/ Frederic S. Fox
Frederic S. Fox
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Fl.
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Counsel for Tennessee Consolidated Retirement System and Lead Counsel for the Preferred Stock Class*

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 16, 2015, I caused the foregoing Notice of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation to be served electronically on all ECF participants and mailed via first class mail to the following non-ECF participant.

Jeffrey W. Kilduff
O'Melveny & Myers LLP (DC)
1625 Eye Street, NW
Washington, DC 20006

                  s/ *Thomas A. Dubbs*
                  Thomas A. Dubbs