Case 1:08-cv-07831-PAC Document 562 Filed 04/27/15 Page 1 of 3
Case 1:09-md-02013-PAC Document 196 Filed 04/23/15 Page 1 of 4

Crotty, P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re FANNIE MAE 2008 SECURITIES LITIGATION | No. 08-CV-07831-PAC<br>MDL No. 2013 |
| EDWARD SMITH<br>Plaintiff,<br>vs.<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, DANIEL H. MUDD, and ENRICO DALLAVECCHIA,<br>Defendants. | No. 10-cv 02781-PAC |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-27-15

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Edward Smith and Defendants in the above-action action stipulate to dismissal with prejudice of all claims in the *Smith* action against all Defendants.

Each of the parties shall be responsible for their own fees and costs incurred in this action.

/
/
/
/
/
/
/
/

        Respectfully submitted,

        Counsel for Edward Smith

        Date: April 23, 2015

        By: _____/s/ David A. Thorpe_____

            David A. Thorpe (*pro hac vice*)
            DIETRICH SIBEN THORPE LLP
            9595 Wilshire Boulevard, Suite 900
            Beverly Hills, California 90212
            Telephone: (310) 300-8450

        Counsel for Fannie Mae

        Date: April 23, 2015

        By: _____/s/ Jeffery W. Kilduff_____

            Jeffrey W. Kilduff (*pro hac vice*)
            Michael J. Walsh, Jr.
            O'MELVENY & MYERS, LLP
            1625 Eye Street, N.W.
            Washington D.C. 20006
            Telephone: (202) 383-5300

        Counsel for Defendant Daniel H. Mudd

        Date: April 23, 2015

        By: _____/s/ James D. Wareham_____

            James D. Wareham (*pro hac vice*)
            James E. Anklam (*pro hac vice*)
            FRIED, FRANK, HARRIS, SHRIVER &
            JACOBSON LLP
            801 17th Street, NW
            Washington, DC 20006
            Telephone: 202-639-7000

Counsel for Defendant Enrico Dallavecchia

Date: April 23, 2015

By: _____/s/ Hector Gonzalez_____
Hector Gonzalez
Andrew J. Levander
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500

**SO ORDERED:** 4-27-15

_____
**U.S.D.J.**